UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

MARTIN ERIC FINDLEY,

Plaintiff,

v.

CAROLYN COLVIN,

Defendant.

Case No. 14-cv-03581-BLF

**ORDER REQUESTING STATUS UPDATE REGARDING SERVICE OF PROCESS**

Plaintiff, represented by counsel, filed the complaint in this action on August 7, 2014. On August 18, 2014, the Court granted Plaintiff's application to proceed *in forma pauperis*. No further filings have been made in this case. Plaintiff is directed to submit a written update on or before January 5, 2015, addressing the status of service of the summons and complaint.

**IT IS SO ORDERED.**

Dated: December 16, 2014

BETH LABSON FREEMAN
United States District Judge