MELINDA L. HAAG, CSBN 132612
United States Attorney
DONNA CALVERT
Regional Chief Counsel, Region IX
Social Security Administration
RICHARD M. RODRIGUEZ
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8926
    Facsimile: (415) 744-0134
    E-Mail: richard.rodriguez@ssa.gov

Attorneys for Defendant

**APPROVED**
*Beth Labson Freeman*
Judge Beth Labson Freeman

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN ERIC FINDLEY,<br><br>    Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of<br>Social Security,<br><br>    Defendant. | CIVIL NO. 5:14-CV-03581-BLF<br><br>STIPULATION AND PROPOSED ORDER EXTENDING DEFENDANT'S TIME TO FILE A RESPONSE TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND MEMORANDUM OF POINTS AND AUTHORITIES<br>(Defendant's Second Extension Request) |

Defendant Carolyn W. Colvin, Acting Commissioner of the Social Security Administration ("Defendant") respectfully request the Court to extend the time for Defendant to file her response to Plaintiff's Motion For Summary Judgment and Memorandum of Points and Authorities, due on July 30, 2015, by 14 days, through and including August 13, 2015.

Pursuant to Civil L.R. 6-2, the undersigned states the following:

(1) Defendant's counsel has contacted the client agency, which is the Office of Disability Adjudication and Review, Appeals Council in writing to explore settlement options.

(2) The client has informed me that they are in the process of considering the defensibility of this case and need additional time to complete their review. I expect a response within two weeks, and will need further time to consult with opposing counsel.

Stipulation re: extension, 5:14-cv-03581-BLF

(3) Plaintiff's Reply brief, if necessary will be due on August 27, 2015.

(4) Plaintiff has had one extension of the briefing schedule of 28 days, and an extension of 45 days for service of the summons by U.S. Marshall. Defendant has had one extension of the briefing schedule of 28 days.

(5) Pursuant to the Court's scheduling order (ECF Doc. #3), the matter will be submitted for decision without oral argument, thus an extension of time will not require vacating a hearing date.

(6) Counsel for Defendant conferred with Plaintiff's counsel, who has no opposition to the requested extension on July 23, 2015.

(7) This request is made in good faith with no intention to unduly delay the proceedings.

Respectfully submitted,

MELINDA L. HAAG
United States Attorney

Dated:  July 24, 2015              By:  */s/Richard M. Rodriguez*
                                        RICHARD M. RODRIGUEZ
                                        Special Assistant United States Attorney
                                        Attorney for Defendant

Dated:  July 24, 2015                   */s/Lisa S. Douglass*
                                        Attorney for Plaintiff*
                                        (*by email authorization on June 23, 2015)

Stipulation re: extension, 15-cv-03581-BLF          1